# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0150.  MARTY LYN MOZINGO v. THE STATE.**

Upon consideration of the emergency motion filed in this Court by Marty Lyn Mozingo requesting an extension of time to file an application for discretionary appeal, that motion is hereby GRANTED. Mozingo shall have until August 29, 2025 to file the application.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/14/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*